UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ANDRE,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, NA, et al.,<br><br>        Defendants. | Case No. 14-cv-02888-PSG<br><br>**JUDGMENT** |

The court has granted Defendants' motion to dismiss.[1] Because further amendment would be futile, leave to amend is denied.[2] The Clerk shall close the file.

**SO ORDERED.**

Dated: January 6, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 90.

[2] *See id.* at 12; *Carolina Cas. Ins. Co. v. Team Equip., Inc.*, 741 F.3d 1082, 1086 (9th Cir. 2014) ("A complaint should not be dismissed without leave to amend unless amendment would be futile." (citing *McQuillion v. Schwarzenneger*, 369 F.3d 1091, 1099 (9th Cir. 2004))).

Case No. 14-cv-02888-PSG
JUDGMENT

1